# EXHIBIT 4R

# ja-92003 - eBay Store

Hi! **Sign in** or **register**    Daily Deals    Brand Outlet    Gift Cards    Help & Contact

**ebay**    Shop by category ⌄    🔍 Search for anything    All Categories ⌄    **Search**    Advanced

Sell    Watchlist ⌄    My eBay ⌄

## ja-92003

97.9% positive feedback · 2.8K items sold · 91 followers

↑ Share    ✉ Contact    ♡ Save Seller

Categories    Shop    Sale    **About**    Feedback

## About us

Location: **China**
Member since: **Dec 04, 2018**
Seller: **ja-92003**

Do you like our store experience? 👍 👎

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

ja-92003 - R61

# ebay

Hi! Sign in or register   Daily Deals   Brand Outlet   Gift Cards   Help & Contact          Sell   Watchlist ∨   My eBay ∨

Shop by category ∨ | Search for anything | All Categories ∨ | Search

Advanced

## People who viewed this item also viewed

**2*Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133**
$42.50
+ $6.99 shipping
Sponsored

**Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133**
$23.00
+ $7.60 shipping

**Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133**
$25.00
+ $6.99 shipping

**Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133**
$27.00
+ $6.99 shipping

**Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133**
$30.00
+ $6.99 shipping

Check the item description to confirm this fits your vehicle

Have one to sell?   Sell now

Share   See all

## Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133

**J** ja-92003 (339)
97.9% positive   Seller's other items   Contact seller

**US $35.50**
or 4 interest-free payments of $8.88 available with **Klarna**.   Learn more

Condition: New ⓘ
Quantity: 1    5 available · 1 sold

[ Buy It Now ]
[ Add to cart ]
[ ♡ Add to Watchlist ]

Other people bought this. 1 has already sold.
Breathe easy. Returns accepted.

Shipping: Free eBay SpeedPAK Standard. See details
Located in: China, China

This item includes applicable import fees—you won't pay anything extra after checkout.

Delivery: Estimated between **Fri, Sep 12** and **Thu, Sep 18** to 75090 ⓘ
Returns: Seller does not accept returns. See details
Payments: PayPal, venmo, G Pay, Klarna, Mastercard, Discover, VISA, PayPal CREDIT

## Similar Items
Sponsored

1PC PF9924    2Pcs

ja-92003 - R61

Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®.
Learn more

### Shop with confidence

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more



4794133 479-4133

PF9924 Fuel Filter with Water Separator Kit Fits For Detroit 12.8L DD15 14.8L
New
**$26.89**
Free shipping

479-4133 Fuel Water Seperator For CAT M314F M315F M316F M317F M323F
New
**$40.00**
Free shipping
Seller with 99.2% positive feedback

Fuel Filter Water Separator 3Set for 6.7L Cummins 19-22 Ram Turbo Diesel Engines
New
**$50.49**
Free shipping
Top Rated Plus

Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133
New
**$27.50**
+ $6.99 shipping

### More like this
Sponsored



Water Separator 145-8862 for Caterpillar CAT 311C 312C 315C 320C Engine 311 6
New
**$76.00**
Free shipping
9 watchers



479-4133 Fuel Water Seperator For CAT M314F M315F M316F M317F M323F
New
**$40.00**
Free shipping
Seller with 99.2% positive feedback



900 Series Marine Fuel Filter Water Separator For Racor 90GPH 900FG 900FH
New
**$72.32**
Free shipping
Seller with 99.1% positive feedback





479-4133 Fuel Water Seperator For CAT M314F M315F M316F M317F M323F
New
**$40.00**
Free shipping

Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133
New
**$27.50**
+ $6.99 shipping

2PK Fu for Cat
New
**$40.0**
Free sh

See all

eBay item number: 375160082813

### About this item

Seller assumes all responsibility for this listing.

Last updated on Feb 06, 2025 23:08:13 PST View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | Unbranded |
| Type | Fuel Water Separator | Manufacturer Part Number | 4794133 479-4133 |
| Model | for Caterpillar Cat 4794133 | UPC | Does not apply |
| Category | eBay Motors > ... > Car & Truck Parts & Accesso... > Air & Fuel Delivery > Fuel Filters | | |

### Item description from the seller

ja-92003 - R61



Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133

## DESCRIPTION

PAVING COMPACTOR
CB-44B CB-54B CB-64B CB-66B CB-68B CB10 CB13 CB15 CB16 CCS9 CP-54B CP-56B CP-68B CP-74B CS-54B CS-56B CS-64B CS-66B CS-68B CS-74B CS-76B CS-78B CW-34
TRACK-TYPE TRACTOR
D3K2 LGP D3K2 XL D4 D4K2 LGP D4K2 XL D5K2 LGP D5K2 XL D6K2 D6K2 LGP D6K2 XL
GENERATOR
LC31XX
ASPHALT PAVER
AP500F AP555F AP600F AP655F
WHEELED EXCAVATOR
M314F M315F M316F M317F M323F
PIPELAYER
PL61
WHEEL-TYPE LOADER
910M 914M 918M
ENGINE - INDUSTRIAL
C4.4
BACKHOE LOADER
416F 416F2 420F 420F2 428F 428F2 430F 430F2 432F 432F2 434F 434F2 440 444F 444F2 450 450F
ENGINE - GENERATOR SET
C4.4XQ100 C4.4XQ80
FOREST PRODUCTS
2384D 2484D 559D 579D

Fitment For 416F 420F 430F 432F 434F 450F

MPN 4794133 479-4133

Package Include:Fuel Water Separator x1

Note:This is an aftermarket replacement part. Please compare its appearance, shape and size with your original unit and make sure that it can fit your machine before ordering.

## PAYMENT

1. We accept PayPal only.
2. We only ship the item to your ebay address for fast and accurate shipment. If you want to change the address, please add a note when you make the payment or contact us




Case 4:25-cv-01050-ALM    Document 3-12    Filed 09/24/25    Page 7 of 10 PageID #: 624

ja-92003 - R61

**Shipping speed** 4.9
**Communication** 5.0
Average for the last 12 months

### Popular categories from this store   See all

Business & Industrial · Consumer Electronics · eBay Motors · Home & Garden

***** · Past year — Verified purchase
Comes from overseas takes weeks to receive

***** · Past year — Verified purchase
Item as described. Good transaction.

See all feedback

### Similar items from eBay Stores

autoparts_focusfilter
815 items sold · 98% positive feedback · Sponsored



**Extra 20% off**
Ends Jan 1, 2026
Shop sale on eBay

### You may also like



479-4133 Fuel Water Seperator For CAT M314F M315F M316F M317F M323F
New
$40.00
Free shipping
Seller with 100% positive feedback

Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133
New
$27.50
+ $6.99 shipping

479-4133 Fuel Water Seperator For CAT M314F M315F M316F M317F M323F
New
$40.00
Free shipping
Seller with 99.2% positive feedback

Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133
New
$25.00
+ $6.99 shipping
Seller with 99.2% positive feedback

479-4133 Fuel Water Seperator For CAT M314F M315F M316F M317F M323F
New
$40.00
Free shipping
Seller with 99.2% positive feedback

Feedback on our suggestions

ja-92003 - R61



Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133

New
**$30.00**
+ $6.99 shipping
Seller with 99.5% positive feedback



R12T Fuel Filter Water Separator Complete Kit for Diesel Gasoline Engine

ALMOST GONE

New
**$20.98**
Free shipping
193 sold



New Diesel Fuel Water Separator Filter For Caterpillar CAT 156-1200

ALMOST GONE



2*Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133

New
**$42.50**
+ $6.99 shipping



2PK Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133

New
**$40.00**
Free shipping



Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133



479-4133 Fuel Water Seperator For CAT M314F M315F M316F M317F M323F

New
**$40.00**
Free shipping



Diesel Fuel Filter Water Separator Assembly R12T P502489 BF1380-O

New
**$45.99**
Free shipping
Seller with 100% positive feedback



For Caterpillar CAT 299-8229 FUEL FILTER



479-4133 Fuel Water Seperator For CAT M314F M315F M316F M317F M323F

New
**$40.00**
Free shipping

**Frequently bought together**
Sponsored



CAT Fuel Filter Assembly | 1R0749

New
**$23.99**
Free shipping
Top Rated Plus
27 sold



NEW CAT Caterpillar Fuel Filter 360-8958 360-5960 NEW Sealed

New
**$37.00**
Free shipping
Seller with 100% positive feedback



Refurbished Bosch Diesel Fuel Injector
33800 27900

33800 27900 Refurbished Diesel CRDI injector for Hyundai Kia Santa Fe



479-4133 Fuel Water Seperator For CAT M314F M315F M316F M317F M323F

New
**$40.00**
Free shipping





Caterpillar 2568753 Fuel/Water Separator; 1 Pack

ja-92003 - R61


New
$24.89
Free shipping
104 sold

ALMOST GONE
Water Separator Fuel Filter for Dodge Ram 2500 3500 5.9 Cummins Diesel 1994 1996


New
$34.00
Free shipping
157 sold

ALMOST GONE
R12T Fuel Filter / Water Separator kit Marine Spin-on 120AT Diesel Fuel Filter


New
$27.98
Free shipping
58 sold


New
$27.50
+ $6.99 shipping

2*Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133


New
$42.50
+ $6.99 shipping

FleetGuard Fuel Filter with Water Separator FS19728


New
$17.31
Free shipping
Seller with 100% positive feedback


New
$34.99
Free shipping
Seller with 99.1% positive feedback

2 PACK Brand NEW 1R-0749 FUEL FILTER For CATERPILLAR OEM 1R0749 US STOCK✈


New
$44.93
Free shipping
Seller with 100% positive feedback

New Fit for CAT 479-4133 Fuel Water Seperator Fuel Filter


New
$24.64
$28.99 15% off
Free shipping
Seller with 99.1% positive feedback


Refurbished
$74.98
Free shipping
Seller with 99.7% positive feedback

New For Caterpillar CAT Diesel Fuel Water Separator Filter 156-1200


New
$25.17
$28.60 12% off
Free shipping
Seller with 100% positive feedback

Diesel Fuel Filter Set For 2019-2022 Dodge Ram 6.7L Cummins 2500 3500 4500 5500


New
$23.99
Free shipping
106 sold


New
$27.89
$29.99 7% off
Free shipping
28 sold

New 156-1200 For Caterpillar CAT Diesel Fuel Water Separator Filter


New
$26.89
Free shipping
6 watchers

8pcs Original Bosch 42LB Fuel Injectors 06-13 Corvette LS3 L99 10-15 Camaro SS


New
$56.89
Free shipping














ja-92003 - R61

6PCS FS19729 Fleetguard Fuel Filter Water Separator US Free Shipping NEW

New
**$79.00**
Free shipping
Top Rated Plus
9 watchers

Genuine Fleetguard Fuel Filter with Water Separator FS19764

New
**$27.95**
Free shipping
Top Rated Plus
144 sold

2pcs Fuel Water Separator Filter For Caterpillar CAT 156-1200

New
**$22.49**
Free shipping

FS1003 Fuel Water Separator Filter w/Sensor Fits:Freightliner Peterbilt Volvo 8

New
**$23.51**
Free shipping
Top Rated Plus
379 sold

6x FS19764 Fleetguard Fuel/Water Separator Filter

New
**$69.99**
Free shipping
Seller with 100% positive feedback

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page                                                                                                     Return to top

More to explore: Caterpillar Car and Truck Fuel Filters, Caterpillar Car and Truck Water Pumps, Caterpillar Car & Truck Fuel Injectors, Caterpillar Car and Truck Oil Filters, Caterpillar Car & Truck Fuel Filters without Performance Part, Caterpillar Car and Truck ECUs, Caterpillar Complete Inboard Diesel Engines, Fuel Filters for Toyota Camry, Fuel Filters for Toyota Corolla, Fuel Filters for Ford Focus

## Shop Top Sellers and Highly Rated Products in Fuel Filters

### Best Sellers

Fuel Filter-ST, VIN: L Mopar 68157291AA

Fuel Filter Motorcraft FD-4615

Fuel Water Separator Filter-ST, VIN: L Mopar 68197867AB

Motorcraft FD4625

Fleetguard FF63041NN Fuel Filter Cummins 5526400 Replacement Truck Shop Diesel

### Top Rated

Fuel Filter Motorcraft FD-4615

Fuel Filter-ST, VIN: L Mopar 68157291AA

Mopar 5083285AA

Cat Caterpillar OEM 1R-0751 Fuel Filter Advanced High Efficiency

Fuel Filter Motorcraft FG-1083

### Related Searches

| Caterpillar Fuel Filter | Wix 33481 Fuel Filter | 394358 Fuel Filter | Cat 3116 Fuel Filter | FF5319 Fuel Filter | 4396841 Water Filter | Carburetor Fuel Filter | Fuel Filter Assembly | Fuel Filter for | Universal Fuel Filter |

| Quadrajet Fuel Filter | Location for Fuel Filter | Fuel Filter Universal | 4003 Fuel Filter | S3213 Fuel Filter |

About eBay   Announcements   Community   Security Center   Seller Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice