# EXHIBIT 4X

XSJNFDC-01 - eBay Store

XSJNFDC-01 - X68

Fuel Filter for Caterpillar C4.4 L

https://www.ebay.com/itm/396331030396

Hi! Sign in or register | Daily Deals | Brand Outlet | Gift Cards | Help & Contact | Sell | Watchlist | My eBay

ebay Shop by category | Search for anything | All Categories | Search | Advanced

## People who viewed this item also viewed

- Fuel Filter 479-4133 363-6571 for Caterpillar C4.4 Engine 416F 420F 430F 432F — $23.99 — Free shipping
- Fuel Filter 479-4133 363-6571 For Caterpillar C4.4 Engine 416F 420F 430F 432F — $23.99 — Free shipping — Sponsored
- Fuel Filter 479-4133for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F — $21.84 — Free shipping
- 2X Fuel Water Separator 4794133 479-4133 for Caterpillar C4.4 Loader 416... — $40.00 — + $6.99 shipping
- Fuel Filter 479-4133 363-6571 for Caterpillar C4.4 Engine 416F 420F 430F 432F — $23.99 — Free shipping

Check the item description to confirm this fits your vehicle

SAVE $1 FOR EVERY $50 WITH CODE XSJNFDC25JULY4T See all eligible items and terms

XSJNFDC-01

Fast Shipping

# Fuel Filter for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F 479-4133

XSJNFDC-01 (20)
91.7% positive · Seller's other items · Contact seller

**US $22.75**
or Best Offer

Condition: **New**

Quantity: 1 3 available

Buy It Now

Add to cart

Make offer

Add to Watchlist

**Breathe easy.** Returns accepted.

Shipping: **US $3.50** eBay SpeedPAK Standard. See details
Located in: foshan, China

This item includes applicable import fees—you won't pay anything extra after checkout.

Delivery: Estimated between **Mon, Sep 15** and **Fri, Sep 19** to 75090

Returns: 30 days returns. Buyer pays for return shipping. If you use an eBay shipping label, it will be deducted from your refund amount.

Have one to sell? Sell now

Share

## Similar Items
Sponsored

See all



XSJNFDC-01 - X68

1* Fuel Filter V0631-51880 For Kubota SVL65-2C SVL75-3 SVL95-2SC SVL97-2CCA
New
**$19.68**
**Free shipping**
Top Rated Plus

Fuel Filter 479-4133 363-6571 for Caterpillar C4.4 Engine 416F 420F 430F 432F
New
**$23.99**
**Free shipping**
Top Rated Plus
Seller with 99.1% positive feedback

Donaldson Fuel Filter P555823 Spin On Caterpillar 3406 3408 Kenworth Peterbilt
New
**$19.98**
+ $4.99 shipping
Seller with 99.3% positive feedback

Fuel Filter 479-4133for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F
New
**$21.84**
**Free shipping**

See details

Payments:

PayPal CREDIT
Special financing available. See terms and apply now

Earn up to 5x points when you use your eBay Mastercard®. Learn more

**Shop with confidence**

eBay Money Back Guarantee
Get the item you ordered or your money back. Learn more

## More like this

Sponsored

See all

Fuel Filter 600-311-3841 600-319-3841 WF10414 For Komatsu PC450-8 WA500-7
New
**$58.99**
+ $21.53 shipping

Fuel Filter 479-4133for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F
New
**$21.84**
**Free shipping**

2X Fuel Filter 1R0763 P551313 FF5320 32K6200400 For CAT Mitsubishi Fleetguard
New
**$49.81**
+ $21.53 shipping

479-4133 Fuel Water Seperator For CAT M314F M315F M316F M317F M323F
New
**$40.00**
**Free shipping**
Seller with 99.2% positive feedback

479-4133 Fuel Water Seperator For CAT M314F M315F M316F M317F M323F
New
**$40.00**
**Free shipping**

Fuel W... Caterp...
New
**$27.5...**
+ $6.9...

**About this item**

Seller assumes all responsibility for this listing.

eBay item number: **396331030396**

Last updated on Aug 23, 2025 17:56:49 PDT View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition | New: A brand-new, unused, unopened, undamaged item in its original packaging (where packaging is ... Read more | Brand | XSJNFDC |
| Interchange Part Number | 4794133 | Manufacturer Part Number | 4794133 479-4133 |
| Manufacturer Warranty | 2 Years | Model | 416F 420F 430F 432F 434F 450F |
| Superseded Part Number | 4794133 | Type | Fuel Water Separator |
| UPC | Does not apply | | |
| Category | eBay Motors > ... > Car & Truck Parts & Accesso... > Air & Fuel Delivery > Fuel Filters | | |

XSJNFDC-01 - X68

## Item description from the seller

### Product Description

Fuel Filter for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F 479-4133

**Part Number:4794133 479-4133**

**Fit For:PAVING COMPACTOR**
**CB-44B CB-54B CB-64B CB-66B CB-68B CB10 CB13 CB15 CB16 CCS9 CP-54B CP-56B CP-68B CP-74B CS-54B CS-56B CS-64B CS-66B CS-68B CS-74B CS-76B CS-78B CW-34**
**TRACK-TYPE TRACTOR**
**D3K2 LGP D3K2 XL D4 D4K2 LGP D4K2 XL D5K2 LGP D5K2 XL D6K2 D6K2 LGP D6K2 XL**
**GENERATOR**
**LC31XX**
**ASPHALT PAVER**
**AP500F AP555F AP600F AP655F**



XSJNFDC-01 - X68

**WHEELED EXCAVATOR**
**M314F M315F M316F M317F M323F**
**PIPELAYER**
**PL61**
**WHEEL-TYPE LOADER**
**910M 914M 918M**
**ENGINE - INDUSTRIAL**
**C4.4**
**BACKHOE LOADER**
**416F 416F2 420F 420F2 428F 428F2 430F 430F2 432F 432F2 434F 434F2 440 444F 444F2 450 450F**
**ENGINE - GENERATOR SET**
**C4.4XQ100 C4.4XQ80**
**FOREST PRODUCTS**
**2384D 2484D 559D 579D**

**NOTE:**
1.Please be very careful to check our photos, make sure the photos showed is the same as you wanted.
2.Please compare the part number with your part number before purchasing!
3.If you have questions about the product or your order please contact us via eBay Messages for assistance.

## Shipping

Should you be worrying about how your order would be sent after the payment was done. As so, your order is already taken in process of packaging by a specialist, who knows his/her job pretty well, in our warehouse. Anyways, the order will be sent in 1-2 business days.

According to the product. Your tracking number , which will show up in your message as package sent, should keep you reassuring while you play with it. If any suspicious information is spotted, please break in and let us know! We are eager to help, otherwise it gives us an illusion of nothing going wrong.

## Terms

- We provide guarantee for most items. Any questions , please contact us before leave neutral or negative feedback .
- Problem be solved are better than negative feedback,thank you.
- If you are not satisfied with my item within 30 days after purchase date, pls contact me to get a return address.we will do refund when received your return.thanks.
- If the parts are damaged on the way or have fault, pls send problem description or take picture about problem, and our Customer Service and Technical Department will work it through with you.
- Please send return tracking number and time to me after return, keep tracking on the way, thank you.
- For any confusing or false description in the listing that causes a mis-purchase, please kindly remind us so we can improve our listings and continuously offer a better purchasing experience to you and to all our customers as well. Did it occur to be our mistake for the faulty transaction, we would be responsible for the return cost.

## Returns

No worry, just make sure that day is in 30 days after item received and go to Open-A-Return. In this case, you may wonder about the return shipping cost. We, too, wonder that one. Thus the rule is while no mistake is proved to be made by the Seller in the transaction, the Buyer will be responsible for the Return Label Cost.

By the way, please forgive us refusing any return request in which the order is 31 days old or even older.

## Contact Us

All messages will be answered within 1 business day.

Please contact us either by clicking "contact seller" in the "purchase history" section or simply click "ask a question" at the bottom of this page.

## Feedback

We maintain high standards of excellence and strive for 100% customer satisfaction!

We greatly appreciate your POSITIVE feedback. Please do NOT leave negative or neutral feedback without any contact. If you haven't received item in 30 days, please contact us and we will arrange refund.

XSJNFDC-01 - X68

Positive Feedback is very important to us. We request that you contact us immediately BEFORE you give us neutral or negative feedback, so that we can satisfactorily address your concerns.

powered by TONGTOOL

DataCaciques
ERP, Listing, Data, Cross Selling

## About this seller

XSJNFDC-01
91.7% positive feedback · 267 items sold

Joined Feb 2025
Usually responds within 24 hours

Welcome to XSJNFDC-01, your ultimate destination for all things related to eBay Motors! Dive into a world where automotive dreams come to life, featuring an extensive selection of high-quality parts, ...

See more

Visit store
Contact
Save seller

### Detailed seller ratings

| | |
|---|---|
| Accurate description | 4.5 |
| Reasonable shipping cost | 4.7 |
| Shipping speed | 4.9 |
| Communication | 4.7 |

Average for the last 12 months

### Popular categories from this store See all

Collectibles · Home & Garden · Cameras & Photo · eBay Motors

## Seller feedback (26)

Filter: All ratings

5***5 (156) · Past 6 months — Verified purchase
Item just as described, packed well,fast shipping, great ebayer, smooth transaction. AAAA++++++++++++.thank you.
FOR 2002-2008 DODGE RAM 1500 2500 TURN SIGNAL WIPER SWITCH ASSEMBLY 56049823AB (#396763784225)

d***7 (1009) · Past month — Verified purchase
Another great buy from one of eBay's best sellers! The product is well packaged, arrives quickly and at the very best prices . The product is high quality, 100% new and is the exact replacement needed. Good quality. Fast shipping.
Rear LH/RH Brake Pad Wear Sensor Fits Land Rover Discovery Sport LR061394 (#396907058928)

b***h (35) · Past 6 months — Verified purchase
100% recommended Even when the shipment came from China it was quick enough. Excellent wrapping protecting the part. Just one little bent corner and seem to be refurbished.
0260550002 RE5R05A Transmission Valve Body Solenoid TCM For Nissan Xterra /Titan (#396304592094)

i***m (1553) · Past 6 months — Verified purchase
Fast Shipping, well packaged
Electrical Starter Relay 25230-79917 For Nissan Versa Xterra Cube Juke 2002-2015 (#396750232961)

5***o (5) · Past month — Verified purchase
The item arrived in good shape and as described.
NEW 6R80 Transmission Lead Frame Temp Range Position Sensor For Ford AL3Z7G276A (#396369006615)

5***7 (40) · Past 6 months — Verified purchase
As ordered. Arrived on time.
E5T62271 Mass Air Flow Sensor PE01-13-215 For Mazda 2 3 6 CX-3 CX-5 2.0L 2.5L L4 (#396360384214)

g***g (11758) · Past 6 months — Verified purchase
Absolute horrid experience. Tried to purchase multiple items. Got refunded for half immediately. Was then given the wrong tracking number. Never received item, finally got refunded for the other half. Absolutely do not trust

> Reply from: xsjnfdc-01
> I'm very sorry for the bad shopping experience you had. But we really didn't tell you a lie. It was indeed a system bug that caused us to upload the wrong tracking number. After receiving your message, we immediately re uploaded the correct tracking number, and it was indeed detained by customs. We really have no choice about this. Our store is very small, and your feedback is really important to us. Can you modify your feedback. Thank you.

Throttle Body For Jaguar XK8 99-02 Base Coupe/Convertible 2D 4.0L XW93-9E926-AD (#396319594387)

1***4 (48) · Past month — Verified purchase
exact item displayed great purchase good shipping time

XSJNFDC-01 - X68

XSJNFDC-01 - X68

Free shipping

+ $6.99 shipping
Seller with 99.5% positive feedback

+ $6.99 shipping

+ $3.50 shipping

Free shipping
Top Rated Plus
Seller with 99.1% positive feedback

Fuel Filter 479-4133 363-6571 for Caterpillar C4.4 Engine 416F 420F 430F 432F
New
$23.99
Free shipping
Top Rated Plus
Seller with 99.3% positive feedback

Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133
New
$27.50
+ $6.99 shipping

Fuel Filter 479-4133 363-6571 For Caterpillar C4.4 Engine 416F 420F 430F 432F
New
$23.99
Free shipping
Top Rated Plus

Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133
New
$30.00
+ $6.99 shipping
Seller with 99.5% positive feedback

Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133
New
$25.00
+ $6.99 shipping
Seller with 99.2% positive feedback

## Frequently bought together

Sponsored

Fuel Filter 479-4133 363-6571 for Caterpillar C4.4 Engine 416F 420F 430F 432F
New
$23.99
Free shipping
Top Rated Plus
Seller with 99.3% positive feedback

6 PACK FLEETGUARD Fuel Filter FF63009 Replaces Engine Part 5303743 FF63054NN
New
$89.99
Free shipping
Top Rated Plus
43 sold

Fuel Filter 479-4133 for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F
New
$29.50
Free shipping

6 PACK~ FOR FLEETGUARD Fuel Filter FF5369W Replaces PF7680, P550463
New
$37.00
Free shipping

2PK Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133
New
$40.00
Free shipping

XSJNFDC-01 - X68

Fuel Filter 479-4133for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F

New
**$21.84**
**Free shipping**

2Pcs Fuel Filter 1R0794 1R1804 For Caterpillar Engine C4.4 C4.4DE110E XQP100

New
**$24.00**
**Free shipping**
Top Rated Plus
Seller with 100% positive feedback

Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133

New
**$27.50**
+ $6.99 shipping

4X 26561117 Fuel Filter Replaces Perkins 26561117, 26560017,Wix 33166

New
**$21.00**
**Free shipping**
Seller with 99.4% positive feedback

2*Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133

New
**$42.50**
+ $6.99 shipping

Fuel Filter 479-4133 For Caterpillar Loader 416F 420F 432F 434F 450F CAT C4.4

New
**$28.02**
~~$29.50~~ 5% off
**Free shipping**

LAST ONE
6 PACK FLEETGUARD Fuel Filter FF63009 Replaces Engine Part 5303743 FF63054NN

New
**$81.79**
**Free shipping**

LAST ONE
NEW 6PCS FLEETGUARD Fuel Filter FF63009 Replaces Engine Part 5303743 FF63054NN

New
**$87.99**
**Free shipping**

LAST ONE
Genuine Fleetguard FS53000 Fuel Filter NanoNet OEM – Free Shipping

New
**$25.99**
**Free shipping**

Fuel Filter 479-4133 for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F

New
**$25.07**
~~$26.39~~ 5% off
+ $2.00 shipping
Seller with 100% positive feedback

Fleetguard 142784S Fuel Filter Head/Base for FF104;FF105;FF213;FS1000;FS1212

New
**$52.95**
**Free shipping**
Top Rated Plus

FLEETGUARD FF5160 FUEL FILTER / P550390, PS4886, FP941F, BF7534

New
**$22.99**
**Free shipping**
Seller with 100% positive feedback

Fleetguard FF63041NN NanoNet Filter Fuel 5526400 BF46263 FF63041 1pc

New
**$33.99**
**Free shipping**
61 sold

New Fit for CAT 479-4133 Fuel Water Seperator Fuel Filter

New
**$24.64**
~~$28.99~~ 15% off
**Free shipping**

Fuel Filter 384-8512 525-6205 For Caterpillar Engine C4.4 C6.6 C7.1 Loader 420F

New
**$18.90**
**Free shipping**
36 sold

XSJNFDC-01 - X68

247 sold

Seller with 99.1% positive feedback

4PCS Fuel Injector 3153381 315-3381 for Caterpillar 416 420 313D2 w/ Engine C4.4

New

**$195.00**

+ $19.00 shipping

Seller with 100% positive feedback

Fuel Filter 4794133 3636572 3636571 For Caterpillar C4.4 416F 430F CP-54B Engine

New

**$29.50**

**Free shipping**

Seller with 99.1% positive feedback

6x Fuel Filter FF5052 FF42000 4990879 BF788 P550440 Replacement for Fleetguard

New

**$70.30**

~~$74.00~~ **5% off**

**Free shipping**

Top Rated Plus

Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133

New

**$27.50**

+ $6.99 shipping

For Hino Fuel Filter Engine Factory Direct Five Year Warranty New 23304-78110

New

**$53.59**

~~$66.99~~ **20% off**

**Free shipping**

Seller with 100% positive feedback

## Explore related items

Sponsored

Fuel Filter 479-4133for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F

New

**$21.84**

**Free shipping**

Fuel Filter 479-4133 363-6571 for Caterpillar C4.4 Engine 416F 420F 430F 432F

New

**$23.99**

**Free shipping**

Top Rated Plus

Seller with 99.1% positive feedback

Fuel Filter 479-4133 363-6571 for Caterpillar C4.4 Engine 416F 420F 430F 432F

New

**$23.99**

**Free shipping**

Top Rated Plus

Seller with 99.3% positive feedback

Fuel Filter 479-4133 363-6571 For Caterpillar C4.4 Engine 416F 420F 430F 432F

New

**$23.99**

**Free shipping**

Top Rated Plus

Fuel Filter 479-4133 363-6571 for Caterpillar C4.4 Engine 416F 420F 430F 432F

New

**$23.99**

**Free shipping**

Top Rated Plus

Seller with 99.5% positive feedback







XSJNFDC-01 - X68

free shipping
2 Years Warranty

Fuel Filter 479-4133 363-6571 for Caterpillar C4.4 Engine 416F 420F 430F 432F
New
**$23.99**
**Free shipping**
Top Rated Plus
Seller with 99.3% positive feedback

Fuel Filter for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F 479-4133
New
**$22.99**
+ $3.50 shipping

For Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F Fuel Filter 479-4133
New
**$29.03**
~~$32.99~~ 12% off
**Free shipping**
Seller with 100% positive feedback

Fuel Filter 479-4133 For Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F
New
**$32.19**
~~$34.99~~ 8% off
**Free shipping**
Seller with 99.5% positive feedback

Fuel Filter 479-4133 For Caterpillar Loader 416F 420F 432F 434F 450F CAT C4.4
New
**$28.02**
~~$29.50~~ 5% off
**Free shipping**

Fuel Filter for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F 479-4133
New
**$34.89**
**Free shipping**
Seller with 99.1% positive feedback

Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133
New
**$27.50**
+ $6.99 shipping

Fuel Filter 479-4133 for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F
New
**$29.50**
**Free shipping**

2PK Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133
New
**$40.00**
**Free shipping**

Fuel Filter 479-4133 363-6571 for Caterpillar C4.4 Engine 416F 420F 430F 432F
New
**$29.50**
**Free shipping**
28 sold

Fit For Caterpillar C4.4 Loader 416F 420F 430F 432F 434F Fuel Filter 479-4133
New
**$48.61**
**Free shipping**
Seller with 100% positive feedback

Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133
New
**$27.50**
+ $6.99 shipping

Fuel Filter 479-4133 for Caterpillar C4.4 Loader 416F 420F 430F 432F 434F 450F
New
**$25.07**
~~$26.39~~ 5% off
+ $2.00 shipping
Seller with 100% positive feedback

Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133
New
**$27.50**
+ $6.99 shipping

Fuel Filter 479-4133 363-6571 3636572 For Caterpillar C4.4 Engine 416F 420F 432F
New
**$28.02**
~~$29.50~~ 5% off
**Free shipping**

UPEAK PARTS



XSJNFDC-01 - X68

FREE& FAST SHIPPING USA
SAME DAY DISPATCH TIME

Fuel Filter 479-4133 For Caterpillar C4.4 Loader 416F 420F 430F 432F 434F

New

**$28.06**

+ $3.99 shipping

Seller with 99% positive feedback

Fit For Caterpillar C4.4 Loader 416F 420F 430F 432F 434F Fuel Filter 479-4133

New

**$32.08**

~~$34.49~~ **7% off**

+ $3.99 shipping

Seller with 100% positive feedback

2*Fuel Water Separator Filter 479-4133 for Caterpillar Cat 4794133

New

**$42.50**

+ $6.99 shipping

Fuel Filter 416-5884 for Caterpillar 226D 232D 239D 249D 257D 262D 272D 287D

New

**$15.99**

**Free shipping**

Seller with 100% positive feedback

Fuel Filter 4794133 3636572 3636571 For Caterpillar C4.4 416F 430F CP-54B Engine

New

**$29.50**

**Free shipping**

Seller with 99.1% positive feedback

Back to home page | Return to top

More to explore : Caterpillar Car and Truck Fuel Filters, Caterpillar Car & Truck Fuel Injectors, Caterpillar Car and Truck Oil Filters, Caterpillar Car & Truck Fuel Filters without Performance Part, Caterpillar Car and Truck Air Filters, Caterpillar Car and Truck ECUs, Fuel Filters for Honda Civic, Fuel Filters for Toyota Camry, Fuel Filters for Ford Mustang, Fuel Filters for Ford Ranger

## Shop Top Sellers and Highly Rated Products in Fuel Filters

**Best Sellers**

Fuel Filter-ST, VIN: L Mopar 68157291AA

Fuel Filter Motorcraft FD-4615

Fuel Water Separator Filter-ST, VIN: L Mopar 68197867AB

Motorcraft FD4625

Fleetguard FF63041NN Fuel Filter Cummins 5526400 Replacement Truck Shop Diesel

**Top Rated**

Fuel Filter Motorcraft FD-4615

Fuel Filter-ST, VIN: L Mopar 68157291AA

Mopar 5083285AA

Cat Caterpillar OEM 1R-0751 Fuel Filter Advanced High Efficiency

Fuel Filter Motorcraft FG-1083

## Related Searches

Caterpillar Fuel Filter | Cat 3116 Fuel Filter | International 4300 Fuel Filter | Caterpillar 345 Bl | 416 E Caterpillar | Caterpillar C7 Fuel Pump | Caterpillar Filter | Caterpillar Fuel Pump | Carburetor Fuel Filter

Cub Cadet Fuel Filter | Fuel Filter for | Caterpillar Tractor Company | Cat Fuel Filter Base | Caterpillar Loader | Carburetor Husqvarna 435

About eBay Announcements Community Security Center Seller Center Policies Affiliates Help & Contact Site Map

Copyright © 1995-2025 eBay Inc. All Rights Reserved. Accessibility, User Agreement, Privacy, Consumer Health Data, Payments Terms of Use, Cookies, CA Privacy Notice, Your Privacy Choices and AdChoice

https://www.ebay.com/itm/388595207698?_trkparms=amclksrc%3DITM%26aid%3D1110006%26algo%3DHOMESPLICE.SIM%26ao%3D1%26asc%3D291120%26meid%3D39e181e6665e46dc999ab4a6ac7593bb%26pid%3D101224%26rk%3D3%26rkt%3D5%26sd%3D396331030396%26itm%3D388595207698%26pmt%3D1%26noa%3D1%26pg%3D233249...